Robert Hamilton, OSB #012730
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
Email: Robert_Hamilton@fd.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-mj-00169-1 |
| Plaintiff, | |
| v. | UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT |
| EDWARDO DIAZ GUARDADO, | |
| Defendant. | |

Defendant Edwardo Diaz Guardado through his attorney, Robert Hamilton, moves this Court to continue the arraignment in the above-entitled case, which is presently scheduled for October 15, 2025, for a period of approximately two weeks to October 29, 2025, or a date thereafter convenient to the Court. This motion is made based on the need to conduct pre-indictment investigation and negotiations.

Two continuances have been sought by the defense. Counsel for the government, Assistant United States Attorney Scott Kerin, has been contacted and has no objection to the requested continuance.

Page 1   UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

This continuance constitutes excludable delay to October 29, 2025, pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The ends of justice served by granting this motion outweigh the best interests of the public and Mr. Diaz Guardado in a speedy trial because the additional time is necessary to afford defense counsel sufficient time to complete discovery, investigate the case, conduct research, consult with Mr. Diaz Guardado, and negotiate with the government. Mr. Diaz Guardado acknowledges his right to a speedy trial under the Speedy Trial Act, including his right to be indicted within 30 days of his first appearance, and agrees that this motion will result in excludable delay under the Act.

Respectfully submitted on October 14, 2025.

    /s/ Robert Hamilton
Robert Hamilton, OSB #012730