**UNITED STATES OF AMERICA**                    **Case No.:  3:25-MJ-169**

       **v.**

**EDWARDO DIAZ GUARDADO,**

       **Defendant.**


## <u>AGREEMENT FOR PRETRIAL DIVERSION</u>

On June 19, 2025, you were charged in a criminal complaint with the misdemeanor crime of Assaulting a Federal Officer, in violation of Title 18, United States Code, Section 111(a)(1). After your initial arrest you were released from custody and are currently under supervision of U.S. Pretrial Services.

You admit that on or about June 18, 2025, within the District of Oregon, you knowingly and intentionally shined a high-powered laser at federal law enforcement officers and that it caused them a reasonable apprehension of immediate bodily harm, in violation of Title 18, United States Code, Section 111(a)(1).  You accept responsibility for your behavior by your signature on this Agreement.

After investigation of the offense, and taking into consideration your background, your interests, your remorse and apology to the officers, the nature of the offense, and the diversion report by U.S. Pretrial Services, the U.S. Attorney's Office believes the interests of justice will be served by the following procedure.

Therefore:

On the authority of the Attorney General of the United States, by Scott E. Bradford, United States Attorney for the District of Oregon, and Scott M. Kerin, Assistant United States Attorney, prosecution in this District for this offense shall be **deferred for nine (9) months** from the date this Agreement is signed and entered by the court, provided you abide by the following conditions and requirements of this Agreement set out below.

### <u>Violation</u>

Should you violate any condition of this Agreement the United States Attorney's Office may revoke this pretrial diversion agreement, modify any conditions of the pretrial diversion

**Agreement for Pretrial Diversion**                                                    **Page 1**

agreement, or change the period of supervision, which shall in no case exceed an additional 12 months. The United States Attorney may at any time within the period of your supervision re-initiate prosecution for this offense should you violate any conditions of this Agreement. You have no right to a hearing or appeal from the decision of the United States Attorney.

<u>Successful Completion</u>

**After successfully completing your diversion program and fulfilling all the terms and conditions of this Agreement the charges pending against you in *United States v. Edwardo Diaz Guardado*, Case No. 3:25-mj-169 will be dismissed.**

Neither this Agreement nor any other document filed with the United States Attorney as a result of your participation in the Pretrial Diversion Program will be used against you, except for impeachment purposes, in connection with any prosecution for the above-described offense, or for any offense pending against you.

<u>Conditions of Pretrial Diversion</u>

Based upon the recommendations of the U.S. Pretrial Services Office, you will be placed in the **Pretrial Services Diversion Program for a term of nine (9) months** and the conditions of your pretrial diversion shall be:

1.    Do not commit any offense in violation of federal, state, or local law during the diversion period.

2.    Immediately advise the court through Pretrial Services or defense counsel in writing of any change in address and telephone number.

3.    Do not own, possess, or control any firearm (or any weapon), or any other type of destructive device.

4.    Report if directed by the U.S. Pretrial Services Office.

5.    Find and maintain gainful full-time employment, approved schooling or a full-time combination of both, as directed and approved by Pretrial Services.

6.    The defendant is to pay a percentage of all fees for services, if there are any, obtained while under Pretrial Services Supervision.

7.    Defendant agrees to appear for any scheduled court hearings related to his pending case.

8.    During the term of diversion and pretrial supervision, defendant is prohibited from entering the area surrounding the Immigration and Customs Enforcement Building in Portland Oregon. Defendant is specifically prohibited from entering

the area bounded by South Gaines Street to the North; South Boundary Street to the South; Southwest Terwilliger to the West; and the Willamette River to the East. Defendant may use I-5 to transit the exclusion area so long as defendant does not depart the freeway or stop within the exclusion area.

9. The defendant shall successfully complete 40 hours of community service at a location approved by the parties.

<u>Acknowledgment</u>

I understand and agree that the decision as to whether or not I am in violation of the terms of the Agreement is solely that of the United States Attorney, in consultation with the U.S. Pretrial Services Office in Portland, Oregon.

I understand the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I hereby request that the United States Attorney for the District of Oregon **defer any prosecution of me for the period of nine (9) months**, and I agree that any delay from the date of this Agreement to the date of the re-initiation of the prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial, or to bar the prosecution by reason of the running of the statute of limitations for a period of an **initial nine (9) months**, which is the period of this Agreement.

I understand that, in the event this Agreement is successfully completed and the charge(s) is/are dismissed, I will not seek attorneys' fees, and will not assert that such a dismissal makes me a prevailing party under Title 18, United States Code, Section 3006A.

I also knowingly waive any right which may exist under a "Pretrial Diversion Operations Agreement" in this District to file any motion requesting expungement of my arrest or other criminal record in connection with this pretrial diversion matter.

I agree not to file a claim or to withdraw any claim already filed in any civil, administrative or judicial forfeiture proceeding, which has been initiated, as to any of the property listed in the Bill of Particulars. I further waive the right to notice of any forfeiture proceeding involving this property and agree not to assist others in filing a claim in any forfeiture proceeding.

///

///

///

**Agreement for Pretrial Diversion**                                                                                     **Page 3**

I understand the conditions of my pretrial diversion and agree that I will comply with them.

12/19/2025
_____
Date

*Eduardo Diaz Guardado*
_____
EDWARDO DIAZ GUARDADO
Name of Divertee/Defendant

12/19/2025
_____
Date

*Robert Hamilton*
_____
ROBERT HAMILTON
Defense Counsel

12/19/2025
_____
Date

*Scott Kerin*
_____
SCOTT M. KERIN
Assistant United States Attorney

12/19/2025
_____
Date

*Cally Ane*
_____
CALLY ANE
U.S. Pretrial Services Officer

**APPROVED:**

12/23/2025
_____
Date

*Jolie A. Russo*
_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge